UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

WALLYS TINEO,

Defendant.

20 Mag. 7359, 20 Cr. __

**ORDER**

---

Upon the application of the United States of America and the affirmation of Jacob H. Gutwillig, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was arrested on July 13, 2020, and was charged in a complaint with violations of Title 21, United States Code, Section 846;

It is further found that the defendant was presented before United States Magistrate Judge Robert W. Lehrburger on July 14, 2020, and was ordered was released from custody subject to certain conditions of bail;

It is further found that Elliot Fuld, Esq., counsel for the defendant, and Assistant United States Attorney Jacob H. Gutwillig have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of one day to engage in further discussions with counsel about the disposition of this case, and on August 14, 2020 for the defendant to be arraigned on an information before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional day; and

1

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 14, 2020, and that a copy of this Order and the affirmation of Assistant United States Attorney Jacob H. Gutwillig be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
August 12, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.