UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-__405__ (SHS) |
| -v- | : | ORDER |
| WALLYS TINEO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held today, with counsel for all parties and defendant participating,

IT IS HEREBY ORDERED that:

1. The next conference is scheduled for October 15, 2020, at 2:30 p.m.;

2. The defendant shall submit a letter to the Court from his doctor setting forth the status of his rehabilitation from knee surgery on October 8, 2020; and

3. Time is excluded from calculation under the Speedy Trial Act from today until October 15, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       August 14, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.