UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-405 (SHS) |
| -v- | : | ORDER |
| WALLYS TINEO, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court having received U.S. Pretrial Services Officer Asst. Dayshawn C. Bostic's violation of supervised release memorandum dated August 28, 2020, and AUSA Jacob Guttlwig's letter dated August 28, 2020, requesting a bail revocation hearing,

      IT IS HEREBY ORDERED that defendant shall appear in Courtroom 23A on Wednesday, September 2 at 3:00 p.m. in connection with a bail revocation hearing and the alleged violation of supervised release. If defendant fails to appear at that time and place the Court intends to issue a bench warrant for his arrest.

Dated: New York, New York
       August 28, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.