UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-cr-405 (SHS) |
| -v- | : | <u>ORDER</u> |
| WALLYS TINEO, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The proceeding scheduled for **October 14, 2020**, will occur as a videoconference using the CourtCall platform at **9:00 a.m., not 11:00 a.m.**, as set forth in the Order dated October 7, 2020 [Doc. No. 15].

Dated: New York, New York
       October 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1