UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :         20-Cr-405 (SHS)

         -v-                                       :         ORDER

WALLYS TINEO,                                  :

               Defendant.            :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that the U.S. Attorney's Office is directed to obtain defendant's medical records from the Bureau of Prisons and provide them to the Court on or before October 7, 2022.

Dated: New York, New York
       September 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.