Docket – file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          :
                                  :
V                                 :    Case No. 1:20-cr-00405-001-(SHS)
                                  :
WALLYS TINEO                      :

MOTION FOR AN ORDER TO THE
US PROBATION DEPARTMENT

*[Handwritten annotation: 9/23/2022, Motion denied except to the extent that the Court has ordered the government to provide the Court with defendant's medical records. So ordered. Sidney H. Stein, U.S.D.J.]*

Now comes the petitioner, Wallys Tineo, pro se, respectfully, requesting, that this court order the probation department, to obtain all of Tineo's medical records from FCI Schuylkill, as well as his work, programs, and educational transcripts, for the court, so the court may review the files, in conjunction with my request for a sentence reduction. Given Tineo is incarcerated, and under a full covid lockdown he is unable to obtain and or provide said information, and he believes this information is critical in his motion for a sentence reduction process. Accordingly he presents this motion, as an option to the court, to obtain said documents for the record of this proceeding, and to ensure that the Court has a full and accurate presentation of facts pertaining to Tineo's request for a sentence reduction.

Respectfully Submitted,

Wallys Tineo                                              September, 9, 2022

x *Walt Tine*

(1)