UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-405 (SHS) |
| -v- | : | ORDER |
| WALLYS TINEO, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

IT IS HEREBY ORDERED that the violation of supervised release proceeding is scheduled for November 10, 2026, at12:00 p.m. in Courtroom 23A.

Dated: New York, New York
November 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.