UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 20-Cr-405 (SHS)

-against- :

ORDER

WALLYS TINEO, :

Defendant. :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

IT IS HEREBY ORDERED that Elliot H. Fuld is relieved, and David Stern, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act

Dated: New York, New York
November 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.